UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTANDER BANK, N.A., f/k/a SOVEREIGN BANK, N.A., f/k/a SOVEREIGN BANK,

                Plaintiff,

v.

AMADO OMAR YAÑEZ OSUNA a/k/a AMADO YAÑEZ OSUNA a/k/a AMADO YAÑEZ ASUNA a/k/a AMADO YAÑEZ,

                Defendant.

**ORDER**

16 Civ. 1321 (ER)

RAMOS, D.J.

    On February 22, 2016, Santander Bank, N.A. filed a complaint against Amado Omar Yañez Osuna alleging breach of a guaranty. Doc. 1. On March 11, 2016, Plaintiff amended the complaint for the second time. Doc. 6. A summons was issued on March 15, 2016, but Plaintiff has not filed an affidavit of service and the Defendant has not appeared. Accordingly, Santander Bank is directed to submit a status report by **October 22, 2020**. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m).

    It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                            Edgardo Ramos, U.S.D.J.